UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR., <br> Plaintiff, <br> v. <br> D. BAUGHMAN, et al., <br> Defendants. | No. 2:18-cv-1055 WBS AC P <br><br> ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 12, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 9. Neither side has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 12, 2019, are adopted in full; and

////

1

2. Defendants Ramirez, Pulley, Meier, Gonzalez, Hendricks, Cook and Lee are dismissed from this action.

Dated: May 7, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gira1055.800