UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LARRY GIRALDES, JR., | No. 2:18-cv-1055 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| D. BAUGHMAN, et al., | |
| Defendants. | |

----oo0oo----

The court has read and considered plaintiff's Motion for Reconsideration filed May 22, 2019 (Docket No. 16.) Good cause appearing, the Motion is hereby DENIED.

IT IS SO ORDERED.

Dated: May 23, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1