# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**LARRY GRALDES, JR.,**

        Plaintiff,                    No. 2:18-cv-1055 WBS AC P

vs.

**D. BAUGHMAN, et al.,**

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Larry Giraldes, Jr., inmate D-72056, a necessary and material witness in proceedings in this case on March 18, 2020, is confined in Mule Creek State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, before Magistrate Jude Kendall J. Newman, 8th Floor, Courtroom 25, United States District Courthouse, 501 I Street, Sacramento, California on **March 18, 2020, at 9:00 a.m.**

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Mule Creek State Prison, P.O. Box 409099 Ione, California 95640:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place noted above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 30, 2019

                                                            _/s/ Allison Claire_
                                                            ALLISON CLAIRE
                                                            UNITED STATES MAGISTRATE JUDGE