UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BAUGHMAN, et al.,<br><br>    Defendants. | No. 2:18-cv-1055 WBS AC P<br><br><br>ORDER |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 22, 2020, sole defendant Baughman filed a motion for summary judgment on the ground that plaintiff failed to exhaust his administrative remedies. ECF No. 35. Defendant now requests that discovery be stayed pending resolution of that motion. ECF No. 36. Defense counsel notes that any discovery unrelated to administrative exhaustion would be premature at this point. Moreover, the California Department of Corrections and Rehabilitation has requested that counsel seek continuances of all depositions, confidential calls and in-person meetings through August 2020; defense counsel accordingly cannot conduct plaintiff's deposition until sometime after that date. Id. (Ex. A at ECF No. 36-1 at 9-10). The court does not require a response from plaintiff to defendant's request for a stay of discovery.

///

////

1   For good cause shown, IT IS HEREBY ORDERED that:

2      1. Defendant's motion to stay discovery in this action, ECF No. 36, is GRANTED.

3      2. Discovery is stayed in this action until further order of this court.

4      3. The deadlines set forth in the Discovery and Scheduling Order filed March 17, 2020,

5   ECF No. 34, are vacated until further order of this court.

6      4. Under Local Rule 230(l), plaintiff's response to defendant's motion for summary

7   judgment is due 21 days after service of the motion.

8   DATED: July 23, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE