UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR., | No. 2:18-cv-1055 WBS AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| D. BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 31, 2023, the magistrate judge issued findings and recommendations herein which were served on all parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 56.  Neither side has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued May 31, 2023 (ECF No. 56), are ADOPTED in full;

1

1    2.  Defendants' motion for summary judgment (ECF No. 35) is GRANTED, and
2 judgment shall be entered in favor of defendants and against plaintiff upon the ground that
3 plaintiff failed to exhaust his available administrative remedies;  and
4    3.  Plaintiff's request for a stay of these proceedings (ECF No. 53) is DENIED as moot,
5 and
6    4.  This case is CLOSED.

Dated:  July 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

gira1055.801